OTTO DAVIS, by EMMA DAVIS, His Guardian ad Litem, Appellant, *v.* THE BROADALBIN KNITTING COMPANY, Respondent.

*Davis* v. *Broadalbin Knitting Co.*, 90 App. Div. 567, affirmed.
(Argued June 7, 1906; decided June 21, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 17, 1904, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*Henry V. Borst* and *Florence J. Sullivan* for appellant.

*Lewis E. Carr* and *Edward W. Douglas* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all the courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J. Not sitting: CHASE, J.